| | | | |
|---|---|---|---|
| Com. v. Garrett ..................... | 1684 EDA 2015<br>Remanded<br>Jurisdiction<br>Retained | 10/26/2016 | CP–23–CR–0001998–<br>2013<br>(Delaware) |
| Com. v. Perez........................ | 1923 EDA 2015<br>Affirmed | 10/26/2016 | CP–51–CR–0012976–<br>2013<br>(Philadelphia) |
| Com. v. Shine [36] ..................... | 2133 EDA 2015<br>Affirmed | 10/26/2016 | CP–15–CR–0000075–<br>2015<br>(Chester) |
| Com. v. Osborne .................... | 2432 EDA 2015<br>Affirmed | 10/26/2016 | CP–51–CR–0803611–<br>2004<br>(Philadelphia) |
| Com. v. Green ...................... | 2759 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 10/26/2016 | CP–51–CR–0002034–<br>2015<br>(Philadelphia) |
| Com. v. Holloway ................... | 3727 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 10/26/2016 | CP–51–CR–0003048–<br>2013<br>(Philadelphia) |
| El Moursi v. Al–Amin................ | 364 EDA 2016<br>Affirmed | 10/26/2016 | PACSES No.<br>789115353<br>(Philadelphia) |
| Hassenplug v. Hassenplug ............ | 619 EDA 2016<br>Affirmed | 10/26/2016 | No. 2009–14172<br>(Chester) |
| Com. v. Balliet...................... | 2163 MDA 2015<br>Affirmed | 10/26/2016 | CP–14–CR–0000603–<br>2007<br>CP–14–CR–0001116–<br>2007<br>(Centre) |
| Com. v. Horne ...................... | 388 MDA 2016<br>Affirmed | 10/26/2016 | CP–22–CR–0000173–<br>2014<br>(Dauphin) |
| Com. v. Jones....................... | 766 WDA 2015<br>Affirmed | 10/26/2016 | CP–02–CR–0005593–<br>2013<br>CP–02–CR–0017261–<br>2013<br>(Allegheny) |
| Com. v. Marchand ................... | 1341 WDA 2015<br>Affirmed | 10/26/2016 | CP–61–CR–0000020–<br>2014<br>(Venango) |
| Com. v. York ....................... | 1671 WDA 2015<br>Vacated and<br>Remanded | 10/26/2016 | CP–42–CR–0000237–<br>2012<br>(McKean) |
| Klimchak v. Thomas ................. | 1907 WDA 2015<br>Vacated and<br>Remanded | 10/26/2016 | No. AR–14–004347<br>(Allegheny) |

**36.** Petition for reargument denied December 22, 2016.